JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYLL SPEER,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF SAN BERNARDINO, TYSON NILES, ALEX MILLAN, JONATHAN GALLINDO, and DOES 1-10, INCLUSIVE.<br><br>  Defendants. | CASE NO. 5:20-cv-00044-JGB-SP<br><br>**JUDGMENT AFTER TRIAL BY JURY AND ORDER**<br><br><br>Trial: August 10, 2021 |

## JUDGMENT AFTER TRIAL BY JURY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This action came on regularly for trial on August 10, 2021 in Courtroom "1" of the United States District Court, before the Honorable Jesus G. Bernal, United States District Court Judge. Plaintiff DARYLL SPEER ("Plaintiff") was represented by Dale K. Galipo of Law Offices of Dale K. Galipo. The Defendant ALEX MILLAN ("Defendant") was represented by Christopher P. Wesierski and Michelle R. Prescott of Wesierski & Zurek LLP.

A jury of eight (8) persons were regularly empaneled and sworn.

Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED**:

That judgment be, and hereby is, entered in favor of the Defendant ALEX MILLAN ("Defendant") and against the Plaintiff DARYLL SPEER;

That the Plaintiff shall take nothing;

Defendant shall recover costs as the prevailing party pursuant to FRCP 54.

Dated: October 20, 2021

_____
Honorable Jesus G. Bernal
United States District Judge